UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INCARCERATED ENTERTAINMENT, LLC,

      Plaintiff,

Case No: 8:16-cv-1302-T-35AAS

v.

WARNER BROS. PICTURES, a division of WB Studio Enterprises, Inc.,

      Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Bajo, Cuva, Cohen & Turkel, P.A. (Counsel for Plaintiff)

    b. Fee & Jeffries, P.A. (Counsel for Plaintiff)

    c. Incarcerated Entertainment, LLC (Plaintiff)

    d. Efraim Diveroli (member of Plaintiff)

    e. Ross Reback (member of Plaintiff)

    f. O'Melveny & Myers LLP (Counsel for Defendant)

    g. Shutts & Bowen, LLP (Counsel for Defendant)

    h. Warner Bros. Pictures, a division of WB Studio Enterprises, Inc. (Defendant)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

/s/ Brad F. Barrios
Kenneth G. Turkel, Esq.,
**Trial Counsel**
Florida Bar No. 867233
kturkel@bajocuva.com
Shane B. Vogt, Esq.
Florida Bar No. 257620
svogt@bajocuva.com
Brad F. Barrios, Esq.
Florida Bar No. 0035293
bbarrios@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL  33602
Phone:  (813) 443-2199
Fax:  (813) 443-2193

Richard E. Fee, Esq.
Florida Bar No. 813680
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008 - Telephone
(813) 229-0046 - Facsimile
rfee@feejeffries.com
*Attorneys for Plaintiff*

2

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.

                                     */s/ Brad F. Barrios*
                                     Attorney