UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION

INCARCERATED ENTERTAINMENT, LLC,

       Plaintiff,

  v.

WARNER BROS. PICTURES, a Division of
WB STUDIOS ENTERPRISES INC.

       Defendant.

Case No.: 8:16-cv-1302-T-35UA (ICG)

**WARNER BROS. PICTURES' MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO WARNER BROS. PICTURES' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 3.01(c), Defendant Warner Bros. Pictures ("Warner"), requests leave to file a brief reply memorandum to Plaintiff Incarcerated Entertainment, LLC's ("IE") opposition to Warner's motion to dismiss IE's First Amended Complaint, Dkt. No. 99 ("Opposition" or "Opp."). In support of this Motion, Warner states as follows:

**MEMORANDUM OF LAW**

Local Rule 3.01(c) provides that a party may file a reply to an opposition to a motion only if leave is granted. Warner requests leave of the Court to file a short reply memorandum of no more than <u>seven</u> pages, to be filed within ten days of the date of an order on this motion, in order to address new arguments and asserted facts raised in IE's Opposition.

*First*, Warner needs to address four sources of newly cited evidence (screenshots of third-party websites) submitted by one of IE's principals, Ross Reback, in a declaration filed along with IE's Opposition. *See* Dkt. No. 98. IE submitted these materials without notice to Warner, without leave of Court, and without moving to amend its complaint or seeking judicial notice.

*Second*, Warner seeks to address several First Amendment-related authorities improperly cited by IE.  Warner devoted roughly two pages of its brief to these issues, and IE's Opposition spends 10 pages on the subject.  In particular, Warner seeks to address: (1) *Miramax Films Corp. v. Columbia Pictures Entm't, Inc.*, 996 F. Supp. 294 (S.D.N.Y. 1988)) (vacated and is "red flagged" by Westlaw, *see* Opp. 11); (2) *O'Grady v. Twentieth Century Fox Film Corp.*, No. 5:02CV173, 2003 WL 24174616 (E.D. Tex. Dec. 19, 2003)) (an unadopted, out-of-circuit report and recommendation that contradicts, *inter alia*, *Beckwith v. City of Daytona Beach Shores, Fla.*, 58 F.3d 1554, 1560 (11th Cir. 1995), Opp. 4); (3) *Gordon & Breach Sci. Publ'rs S.A. v. Am. Inst. of Physics*, 859 F. Supp. 1521, 1533 (S.D.N.Y. 1994)) (elimination of key italics from quotation, Opp. 4); , and (4) various misstatements of the holdings of other cases, *e.g.*, *Riley v. Nat'l Fed'n of the Blind of N.C., Inc*., 487 U.S. 781 (1988) Opp. 6-7 ).

*Third*, IE claims that Warner made concessions in its motion that Warner never made, *e.g.*, Opp. 4, and asserts that Warner "asks the Court" to do precisely what IE concedes the Court must do under Eleventh Circuit law, *compare* Opp. 13 ("Warner … asks the Court to ignore the power of its advertising campaign"), *with id.* at 12 ("statements … must not be viewed as an entire campaign").  IE also accuses Warner of demanding that it meet a standard beyond that required in *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), *see* Opp. at 15-20, when Warner did no such thing, as it can briefly show on reply.

WHEREFORE, Warner respectfully requests that the Court enter an order granting it leave to file a seven-page reply brief to IE's Opposition as set forth herein, and that the Court grant such other and further relief as it deems just and proper.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Middle District Local Rule 3.01(g), the undersigned counsel certifies that Warner conferred with opposing counsel in a good-faith effort to resolve this Request. IE opposes the relief sought herein.

Dated: December 29, 2016

Respectfully submitted,

By: /s/ Dimitri Portnoi

Daniel M. Petrocelli (admitted *pro hac vice*)
Matthew T. Kline (admitted *pro hac vice*)
Dimitri D. Portnoi (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 246-6840
Email: mkline@omm.com

Mary Ruth Houston
James J. Hensen
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1000
Orlando, Florida 32801
Telephone: (407) 835-6939
Email: mhouston@shutts.com

*Attorneys for Defendant Warner Bros. Pictures*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 29th day of December, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Kenneth G. Turkel, Esq. | Richard E. Fee, Esq. |
| Florida Bar No. 867233 | Florida Bar No. 813680 |
| kturkel@bajocuva.com | FEE & JEFFRIES, P.A. |
| Shane B. Vogt, Esq. | 1227 N. Franklin Street |
| Florida Bar No. 257620 | Tampa, Florida 33602 |
| svogt@bajocuva.com | (813) 229-8008 - Telephone |
| Brad F. Barrios, Esq. | (813) 229-0046 - Facsimile |
| Florida Bar No. 0035293 | rfee@feejeffries.com |
| bbarrios@bajocuva.com | |
| BAJO | CUVA | COHEN | TURKEL | |
| 100 North Tampa Street, Suite 1900 | |
| Tampa, FL 33602 | |
| Phone: (813) 443-2199 | |
| Fax: (813) 443-2193 | |

*/s/ Dimitri Portnoi*
Dimitri Portnoi